| Attorney or Party without Attorney:<br>Marsha A. Houston (SBN 129956)<br>REED SMITH, LLP<br>355 S. Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>   Telephone No: 213-457-8000<br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:* WELLS FARGO BANK, NATIONAL ASSOCIATION
*Defendant:* KURT ORBAN PARTNERS, LLC, a California limited liability company, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-cv-06191-DDP-JEM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Wells Fargo Bank, N.A. Rule 7.1-1 Disclosure Statement ; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Certificate of Service ; Order Returning Case For Reassingment ; Standing Order for Cases Assigned to Judge Dale S. Fischer; Plaintiff's Reply to Defendant Kurt Orban Partners, LLC's Opposition to Plaintiff's Ex Parte Application for Appointment of Receiver, Temporary Restraining Order, and Order to Show Cause

3. a. Party served: KURT MATTHEW ORBAN, an individual
   b. Person served: JULIE ORBAN, DAUGHTER

4. Address where the party was served: 740 El Cerrito Ave, Hillsborough, CA 94010

5. I served the party:
   a. **by substituted service.** On: Thu, Jul 23 2020 at: 11:35 AM by leaving the copies with or in the presence of:
      JULIE ORBAN, DAUGHTER

(1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
(2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
(3) [X] **(Declaration of Mailing)** is attached.
(4) [X] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>Marsha A. Houston (SBN 129956)<br>REED SMITH, LLP<br>355 S. Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>    Telephone No: 213-457-8000<br><br>    Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff:  WELLS FARGO BANK, NATIONAL ASSOCIATION<br>Defendant: KURT ORBAN PARTNERS, LLC, a California limited liability company, et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-cv-06191-DDP-JEM |

6. **Person Who Served Papers:**
   a. Edgar Mendez (2017-0001328, San Francisco)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $677.20

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

07/27/2020
(Date)            (Signature)



| Attorney or Party without Attorney:<br>Marsha A. Houston (SBN 129956)<br>REED SMITH, LLP<br>355 S. Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>  Telephone No: 213-457-8000<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: WELLS FARGO BANK, NATIONAL ASSOCIATION<br>Defendant: KURT ORBAN PARTNERS, LLC, a California limited liability company, et al. | | |
| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-cv-06191-DDP-JEM |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Wells Fargo Bank, N.A. Rule 7.1-1 Disclosure Statement ; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Certificate of Service ; Order Returning Case For Reassingment ; Standing Order for Cases Assigned to Judge Dale S. Fischer; Plaintiff's Reply to Defendant Kurt Orban Partners, LLC's Opposition to Plaintiff's Ex Parte Application for Appointment of Receiver, Temporary Restraining Order, and Order to Show Cause

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, Jul 23, 2020
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: KURT MATTHEW ORBAN, an individual
         740 El Cerrito Ave, Hillsborough, CA 94010

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, Jul 23, 2020 in the ordinary course of business.

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   
   d. **The Fee** for Service was: $677.20

6. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/27/2020 
(Date)            (Signature)



PROOF OF SERVICE          4694510
BY MAIL                   (4403835)