William B. Freeman (SBN 137276)
bill.freeman@katten.com
Katherine Motsinger (SBN 322404)
katherine.motsinger@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
515 South Flower St., Ste. 4150
Los Angeles, CA 90071
Tel: 213.443.9000
Facsimile: 213.443.9001
Attorneys for Receiver David P. Stapleton

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>KURT ORBAN PARTNERS, LLC, a California limited liability company; KURT MATTHEW ORBAN, an individual,<br><br>Defendants. | No.: 2:20-cv-06191-DSF (JEMx)<br><br>**UNOPPOSED MOTION TO MODIFY ORDER APPOINTING RECEIVER AND ISSUING RESTRAINING ORDER**<br><br>**[Concurrently Filed with Stipulation Amending [Proposed] Stipulated And Agreed Order Appointing Receiver And Issuing Restraining Order; [Proposed] Order]**<br><br>Honorable Dale S. Fischer |

Receiver David Stapleton ("Receiver"), by and through counsel, moves the Court for entry of an order modifying that certain "Stipulated And Agreed Order Appointing Receiver And Issuing Restraining Order," dated and entered in the above-captioned case on July 20, 2020, as Document No. 21 (the "Order").

Pursuant to the Order, the Receiver, Plaintiff Wells Fargo Bank, National Association ("Plaintiff") and Defendants Kurt Orban Partners, LLC and Kurt Matthew Orban ("Defendants") (collectively, the "Parties") retained the right to modify the Receiver's powers and duties.  For the reasons set forth in the concurrently-filed

Stipulation, in connection with his role as duly-appointed Receiver, Receiver has recommended certain amendments to his powers and duties, as set forth in the [Proposed] Order. Plaintiff and Defendants have each independently reviewed, analyzed, and agreed to Receiver's proposed amendments to the Order with their respective counsel, as provided in the concurrently-filed Stipulation.

      Receiver therefore asks the Court to enter the concurrently submitted [Proposed] Order modifying the terms of the original Order.

Dated: December 11, 2020        KATTEN MUCHIN ROSENMAN LLP

By:/s/ Katherine M. Motsinger
William B. Freeman
Katherine M. Motsinger
Attorneys for Receiver David Stapleton