# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION LOS ANGELES

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br>       Plaintiff,<br>  v.<br>KURT ORBAN PARTNERS, LLC, a California limited liability company; KURT MATTHEW ORBAN, an individual,<br><br>       Defendants. | No.: 2:20-cv-06191-DSF-JEM<br><br>**JUDGMENT** |

The Court having granted Plaintiff's Motion and Petition to Confirm Arbitration Award:

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Wells Fargo Bank, National Association and against Kurt Orban Partners LLC in the following amounts:

1. $65,887,650.12 as of March 22, 2021, and all interest (which includes default interest) that accrued thereafter at a rate of 8.5% per annum until the entry of judgment, plus
2. $248,483.34 in fees and costs incurred by Wells Fargo Bank, National Association to the American Arbitration Association, plus
3. $610,985.94 in attorneys' fees and costs, plus
4. Post-judgment interest pursuant to 28 U.S.C. Section 1961.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Wells Fargo Bank, National Association and against Kurt Matthew Orban in the amount of $17,000,000.

DATED: May 19, 2021.

By /s/ Dale S. Fischer
Hon. Dale S. Fischer
United States District Judge